UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID TROUPE,

        Plaintiff,

  v.

TRACY L CORNISH, KENNETH E. MCKENNEY,

        Defendants.

CASE NO. C14-5733 RBL-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1)     The Court adopts the Report and Recommendation.

2)     The Court grants defendants' motion for summary judgment. This action is dismissed with prejudice.

3)     Plaintiff's in forma pauperis status is revoked for the purpose of appeal.

4)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 13th day of April, 2015.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE